

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-26-2009

# USA v. Brown

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-3227

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Brown" (2009). *2009 Decisions.* Paper 1819.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1819

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 06-3227
_____

UNITED STATES OF AMERICA

v.

MICHAEL T. BROWN,
also known as
Mark Noble Brown,
also known as
Michael Ballard

Michael T. Brown,
Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania

(D.C. No. 03-cr-00288)
District Judge:  The Honorable Maurice B. Cohill, Jr.
_____

Submitted Under Third Circuit LAR 34.1(a)
October 31, 2007

Before: RENDELL and NYGAARD, Circuit Judges,
and McCLURE,* District Judge.

(Filed February 26, 2009)
_____

---

*Honorable James F. McClure, Jr., District Judge for the United States
District Court for the Middle District of Pennsylvania, sitting by designation.

OPINION OF THE COURT

_____

NYGAARD, Circuit Judge.

Pursuant to L.A.R. 27.4, the Appellant's sentence will be vacated and this matter will be remanded to the District Court for re-sentencing in light of the United States Supreme Court's recent decision in *Chambers v. United States*, No. 06-11206, 2009 WL 63882 (Jan. 13, 2009).

The Government, via letter brief filed January 26, 2009, agrees that the Appellant's sentence should be vacated and this matter remanded for re-sentencing consistent with the Supreme Court's *Chambers* decision, *supra*.